# Court of Appeals
# of the State of Georgia

ATLANTA, September 19, 2012

*The Court of Appeals hereby passes the following order*

**A13D0030. IN THE INTERST OF: J. J., AND L. H., CHILDREN (MOTHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11CV4264 11CV4263



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, September 19, 2012.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*